IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHELSEA OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:21-cv-01831 |
| ROEHM AMERICA LLC, | ) | |
| YOLANDA BROWN and | ) | Judge Nannette Jolivette Brown |
| ANDREW STILLUFSEN | ) | |
| | ) | Magistrate Karen Wells Roby |
| Defendants. | ) | |

## **ROEHM AMERICA LLC'S CORPORATE DISCLOSURE STATEMENT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Roehm America LLC ("Roehm"), who hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1.

Roehm America LLC is a privately held limited liability company. Roehm US Holding LLC is the 100% owner of Roehm America LLC. No publicly held corporation owns 10 percent or more of Roehm America, LLC's stock.

Respectfully submitted, this 13th day of December, 2021,

        s/ *Walter F. Metzinger III*
        Wayne J. Lee, La. Bar No. 07916
        Walter F. Metzinger, III, La. Bar No. 37799
           Of
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        909 Poydras Street, Suite 3150
        New Orleans, LA 70112-4042
        Telephone: (504) 581-3200
        wlee@stonepigman.com
        fmetzinger@stonepigman.com

        *Attorneys for Defendants*


        s/ J. Mason Wymer
        J. Mason Wymer
        Georgia Bar No. 256026
        Stanford G. Wilson
        Georgia Bar No. 769175
        ELARBEE, THOMPSON, SAPP & WILSON, LLP
        800 International Tower
        229 Peachtree Street, N.E.
        Atlanta, GA 30303
        (404) 659-6700
        (404) 222-9718 (facsimile)

        *Attorneys for Defendants* (PRO HAC VICE APPLICATIONS FORTHCOMING)