UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHELSEA OLIVER | CIVIL ACTION |
| VERSUS | CASE NO. 21-1831 |
| ROEHM AMERICA LLC et al. | SECTION: "G" |

## ORDER

Considering the foregoing "Motion for Admission *Pro Hac Vice*"[1] of John Mason Wymer:

In accordance with Local Rule 83.2.5, counsel of record who is a member of the bar of this Court has requested that Mr. Wymer be admitted *pro hac vice*. Mr. Wymer has provided a certificate by the presiding judge or clerk of the highest court of the state, or court of the United States, where he has been so admitted to practice, showing that he has been so admitted in such court, and that he is in good standing therein. Furthermore, Mr. Wymer has affirmed that there have been no disciplinary proceedings or criminal charges against him. Accordingly,

**IT IS HEREBY ORDERED** that John Mason Wymer of the law firm Elarbee, Thompson, Sapp & Wilson, LLP is admitted to the bar of this Court *pro hac vice* on behalf of Defendants Roehm America, LLC, Yolanda Brown, and Andrew Stillufsen.

**NEW ORLEANS, LOUISIANA**, this 14th day of December, 2021.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 10.