MINUTE ENTRY
ROBY, M.J.
December 7, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHELSEA OLIVER** | **CIVIL ACTION** |
| **VERSUS** | **NO:    21-1831** |
| **ROEHM AMERICA LLC, YOLANDA BROWN AND ANDREW STILLUFSEN** | **SECTION: "G" (4)** |

**JUDGE KAREN WELLS ROBY, PRESIDING**

LAW CLERK:                                  Amira Harmon
COURT REPORTER/RECORDER:     Sandy Minutillo

Appearances:   **Meagan Mariano and Casey Denson** for Plaintiff.
                          **William Deveney** for Defendants.

Counsel argued the issues contained in their letter briefs.

**ORDER**

**IT IS ORDERED** that Defendants' counsel will produce an updated privilege log on **December 14, 2022**, by end of day for in camera review to Chambers email: eFile-Roby@laed.uscourts.gov. Upon review of the updated log, the Court will then determine if an additional hearing is required.

New Orleans, Louisiana, this 8th day of December 2022.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:28