UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHELSEA OLIVER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1831** |
| **ROEHM AMERICA LLC, et al.** | **SECTION: "G"(4)** |

## ORDER

Considering the parties' "Joint Motion for Order Entering Joint Stipulation of Dismissal with Prejudice,"[1]

**IT IS HEREBY ORDERED** that all claims in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

**NEW ORLEANS, LOUISIANA** this __8th__ day of September, 2023.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 111.

1